**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. |
| Plaintiff, | JUDGE |
| vs. | **INDICTMENT** |
| **EZEKIEL TA ROULETTE-BRUNNER,** | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 924(a)(8) |
| Defendant. | **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**(Felon in Possession of a Firearm)**

1. On or about March 18, 2025, in the Southern District of Ohio, the defendant, **EZEKIEL TA ROULETTE-BRUNNER**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: one German Sports Gun, GSG-1911, .22 LR caliber pistol, bearing serial number A840262, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

**FORFEITURE ALLEGATION**

2. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

3. Upon conviction of any offense alleged in the Indictment, the defendant, **EZEKIEL TA ROULETTE-BRUNNER**, shall forfeit to the United States, in accordance with

18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in such offense, including, but not limited to:

- One German Sports Gun, GSG-1911, .22 LR caliber pistol, bearing serial number A840262; and
- Associated ammunition.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**A TRUE BILL**

*s/ Foreperson*
**GRAND JURY FOREPERSON**

**KELLY A. NORRIS**
**ACTING UNITED STATES ATTORNEY**

**ELIZABETH A. GERAGHTY (0072275)**
**Assistant United States Attorney**